CLAY *v.* MATHEWS, chief of police.

No. 11961.   DECEMBER 3, 1937.   REHEARING DENIED DECEMBER 15, 1937.

*Park & Strozier, W. A. Mason,* and *Grover C. Powell,* for plaintiff.

*J. T. Thomasson,* for defendant.